UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
--------

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JAMEEL MCGEE,

    Defendant.
_____/

No.

Hon.

INDICTMENT

1:06CR0039

The Grand Jury charges:

(Possession with Intent to Distribute Cocaine Base)

On or about February 8, 2006, in Berrien County, in the Southern Division of the Western District of Michigan,

**JAMEEL MCGEE**

did knowingly, intentionally and unlawfully possess with intent to distribute five grams or more of a mixture or substance containing a detectable amount of cocaine base ("crack"), a Schedule II controlled substance.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(B)(iii)

A TRUE BILL

_____
GRAND JURY FOREPERSON

MARGARET M. CHIARA
United States Attorney

_____
BRIAN P. LENNON
Assistant United States Attorney
P.O. Box 208
Grand Rapids, Michigan 49501-0208
(616) 456-2404