UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,                                  No. 1:06-CR-39

v.                                             Hon. ROBERT HOLMES BELL
                                                   United States District Judge

JAMEEL MCGEE,

      Defendant.
_____/

**ORDER**

For good cause shown, and in the interest of justice, the parties' Joint Motion for New Trial, pursuant to Rule 33 of the Federal Rules of Criminal Procedure, is hereby GRANTED. Additionally, the Government's Unopposed Motion to Dismiss the Indictment in the above-captioned case, pursuant to Rule 48 of the Federal Rules of Criminal Procedure, is also GRANTED. The Indictment in the above-captioned case is hereby DISMISSED with prejudice.

      SO ORDERED.


Date: February 2, 2009                                       /s/ Robert Holmes Bell
                                                                Hon. ROBERT HOLMES BELL
                                                                 United States District Judge